I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Pet + tmie
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____10·29·12_____

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 2 9 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSE ALFREDO VENTURA,　　　　) Case No. SACV 12-1046-AG (JPR)
　　　　　　　　　　　　　　　)
　　　　　　　Petitioner,　　 )
　　　　　　　　　　　　　　　) J U D G M E N T
　　　　vs.　　　　　　　　　 )
　　　　　　　　　　　　　　　)
PEOPLE OF THE STATE OF　　　　)
CALIFORNIA et al.,　　　　　　)
　　　　　　　　　　　　　　　)
　　　　　　　Respondent.　　 )
　　　　　　　　　　　　　　　)

　　　 Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

　　　 IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: October 28, 2012

_____
ANDREW J. GUILFORD
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**OCT 2 9 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY